IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELEAZAR VILLEGAS, | ) | |
| Plaintiff(s), | ) | No. C 99-21157 CRB (PR) |
| v. | ) | ORDER |
| S. DUCK, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff has filed a request for an extension of time to pay in full the applicable $150.00 filing fee in this matter and show cause as to why defendants Duck, Higginbotham, Harris and Nappi should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).

Good cause appearing, plaintiff's request (doc # 54) is GRANTED. Plaintiff shall pay in full the applicable fling fee, and show cause as to why defendants Duck, Higginbotham, Harris and Nappi should not be dismissed, by no later that September 28, 2007. Failure to comply with this order in a timely fashion will result in the dismissal of this action.

SO ORDERED.

DATED:   08/16/07

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.99\Villegas1.or4.wpd