IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELEAZAR VILLEGAS, | ) | |
| Plaintiff(s), | ) | No. C 99-21157 CRB (PR) |
| v. | ) | ORDER |
| S. DUCK, et al., | ) | |
| Defendant(s). | ) | |

Per order filed on July 2, 2007, the court gave plaintiff 30 days to: (1) submit proof of payment of the remaining $ 149.88 on the applicable filing fee or face dismissal of this suit; and (2) submit proof of service of the summons and complaint on defendants Duck, Higginbotham, Harris and Nappi or face dismissal without prejudice of these unserved defendants.

The clerk recently notified the court that plaintiff paid the remaining $149.88 on the applicable filing fee. But plaintiff has submitted no proof of service of the summons and complaint on defendants Duck, Higginbotham, Harris and Nappi, despite being granted several extensions of time to do so, most recently until January 4, 2008. Defendants Duck, Higginbotham, Harris and Nappi are dismissed without prejudice.

| | |
|---|---|
| 1 | In order to expedite these proceedings, the remaining defendants are |
| 2 | ordered to file a motion for summary judgment, or other dispositive motion, by |
| 3 | no later than March 28, 2008. Plaintiff shall file an opposition, or notice of non- |
| 4 | opposition, within 30 days of receiving the motion, and defendants shall file a |
| 5 | reply within 15 days of receiving any opposition. |
| 6 | SO ORDERED. |
| 7 | DATED: Jan. 15, 2008 |
| 8 | CHARLES R. BREYER<br>United States District Judge |

G:\PRO-SE\CRB\CR.99\Villegas1.or7.wpd